UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI OKRAY, an individual, | Case No. 2:16-CV-00163-TLN-EFB |
| Plaintiff, | [Hon. Troy L. Nunley, Crtrm. 15/2] |
| vs. | **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| NATIONSTAR MORTGAGE HOLDINGS, INC., | |
| Defendant. | Current response date: March 10, 2016<br>New response date: March 31, 2016 |

Pursuant to Plaintiff Heidi Okray and Defendant Nationstar Mortgage Holdings, Inc.'s ("Defendant") Second Stipulation to Extend Time for Defendant to Respond to Complaint, and for good cause showing, IT IS HEREBY ORDERED that Defendant shall have until and including March 31, 2016 to file a response to the Complaint.

**IT IS SO ORDERED.**

Dated: March 11, 2016

Troy L. Nunley
United States District Judge

– 1 –